UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND Q, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TORANGO K. SCRUGGS,<br><br>　　　　Defendant. | Case No. 2:23-cv-04740-SB-JC<br><br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

　　　　Plaintiff Brand Q, Inc. filed its complaint against Defendant Torango K. Scruggs on June 15, 2023.  Dkt. No. 1.  On June 28, 2023, Plaintiffs effectuated personal service on Defendant Torango K. Scruggs.  *See* Dkt. No. 12.  Defendant failed to timely respond, and Plaintiff has not sought entry of default.  Plaintiff is ordered to show cause, in writing, no later than September 25, 2023, why its claims should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

　　　　The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before September 25, 2023, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims against Defendant.

　　　　IT IS SO ORDERED.

Date: September 18, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge